UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gander Mountain Company,            Civil No. 04-3125 (RHK/AJB)

       Plaintiff,

                                           **ORDER**

v.

Cabela's, Inc.,

       Defendant.

---

The Cross-Motions for Summary Judgment will now be heard at 8:00 a.m. (rather than 9:30 a.m.) on Wednesday, August 3, 2005 in St. Paul, Minnesota.

Dated: August 1, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge